HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN H. JONES, SR.,                          )
                                              )
                    Petitioner,               )    Case No. 2:20-cv-01863-RAJ
                                              )
        v.                                    )
                                              )    ORDER DIRECTING THE
UNITED STATES OF AMERICA,                     )    UNITED STATES TO
                                              )    ANSWER §2255 PETITION
                    Respondent.               )
_____)

        This matter comes before the Court on Petitioner's Motion to Vacate, Set Aside,
or Correct Sentence Pursuant to 28 U.S.C. §2255 (Dkt. #1).  After a preliminary review of
the motion, the Court ORDERS as follows:

        (1)  Within forty-five (45) days of the date of this Order the United States shall file
and serve an Answer in accordance with Rule 5 of the Rules Governing §2255 Cases in
United States District Courts. As part of its Answer, the United States shall state its
position as to whether an evidentiary hearing is necessary, whether any discovery is
necessary, whether there is any issue as to abuse or delay under Rule 9, and whether
Petitioner's motion is barred by the statute of limitations.

        (2)  On the face of its Answer, the United States shall note this matter for the
fourth Friday following the filing of its Answer, and the Clerk shall note the matter on
the Court's docket accordingly.

ORDER DIRECTING UNITED STATES
TO ANSWER §2255 PETITION - 1

(3)   Petitioner may file a Reply to the Answer no later than the noting date.

The Clerk shall direct a copy of this Order to Petitioner.

DATED this 6th day of January, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING UNITED STATES
TO ANSWER §2255 PETITION - 2